**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1270**

_____

LYNETTE MELVIN,

Plaintiff - Appellant,

v.

THE HONORABLE JUDGE DAWN M. LAYTON, Superior Court Judge; THE HONORABLE JUDGE TOBY HAMPSON, North Carolina Appelant Court Judge; THE HONORABLE JUDGE HUNTER MURPHY, North Carolina Appelant Court Judge; THE HONORABLE JUDGE JEFFERSON GRIFFIN, North Carolina Appelant Court Judge,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:24-cv-00013-BO-RN)

_____

Submitted:  June 12, 2025                     Decided:  June 17, 2025

_____

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Lynette Melvin, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lynette Melvin appeals the district court's order granting Defendants' motion to dismiss and dismissing her pro se 42 U.S.C. § 1983 amended complaint and the court's order denying her Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Melvin v. Layton*, No. 5:24-cv-00013-BO-RN (E.D.N.C. Sept. 16, 2024; Mar. 7, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*